GOODNOW v. BURROWS *et al.*

**Recovery of Taxes Paid by Mistake.** (*Goodnow v. Wells,* 67 Iowa, 654, and *Same v. Litchfield,* 67 Iowa, 691, *followed,*)

*Appeal from Webster District Court.*

FILED, MARCH 12, 1888.

ACTION in equity to recover taxes paid. Judgment for the plaintiff and defendants appeal.

*Nourse & Kaufman,* for appellants.

*Geo. Crane,* for appellee.

SEEVERS, C. J.—The facts in this case and the questions argued by counsel are precisely the same as in *Goodnow v. Wells,* 67 Iowa, 654, and *Goodnow v. Litchfield,* 67 Iowa, 691, and as we are not disposed to overrule those cases, the result is that the judgment of the district court must be

AFFIRMED.